AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
District of Connecticut

United States of America )
v. )
Olumuyiwa Yahtrip Adejumo )    Case No. 3:17 mj 1716 (SALM)
)
)
)
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of    July 19, 2015 to June 24, 2016    in the county of    Litchfield    in the
             District of    Connecticut   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1349 | Conspiracy to Commit Wire Fraud |
| 18 U.S.C. Section 1343 | Wire Fraud |

2017 NOV 9 AM 11 38
U.S. DISTRICT COURT
NEW HAVEN, CT.
FILED

This criminal complaint is based on these facts:
Please see attached Affidavit from Speical Agent Jennifer Boyer.

☑ Continued on the attached sheet.

*signature*
*Complainant's signature*

Jennifer Boyer, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   11/09/2017              /s/ Sarah A. L. Merriam, USMJ
                                *Judge's signature*

City and state:    New Haven, CT        Hon. Sarah A. L. Merriam, U.S. Magistrate Judge
                                        *Printed name and title*