UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | : : : | CRIMINAL ACTION NO. 18-CR-0082 (JCH) |
| v. | : : | |
| OLUMUYIWA YAHTRIP ADEJUMO, Defendant. | : : : | NOVEMBER 7, 2018 |

**RULING RE: MOTION FOR LEAVE TO FILE BELATED APPEAL (DOC NO. 75)**

I. **INTRODUCTION**

Before the court is the defendant, Olumuyiwa Yahtrip Adejumo's Motion for Leave to File a Belated Appeal (Doc. No. 75). For the reasons stated below, the Motion is granted.

II. **DISCUSSION**

Adejumo was sentenced following a guilty plea, pursuant to a plea agreement in which he waived his right to appeal either his conviction or his sentence. See Plea Agreement (Doc. No. 43); Judgment (Doc. No. 70). Adejumo filed a pro se Motion for Leave to File a Belated Notice of Appeal (Doc. No. 75) ("Mot. to Appeal") on October 19, 2018. The Motion is dated October 5, 2018. Mot. to Appeal at 2. At sentencing, the court advised Adejumo, on the record, that (1) the terms of the plea agreement indicated he was waiving his right to appeal both the conviction and the sentence imposed, and (2) notwithstanding the waiver of his appeal rights, Adejumo could file an appeal within 14 days of the entry of judgment, through counsel. Adejumo acknowledges as much in his Motion. See Mot. to Appeal ¶ 1. However, Adejumo

asserts he was unsure as to whether the responsibility to file an appeal rested with him or with his attorney.  Id. ¶ 2.  Adejumo claims that while he told his attorney shortly after sentencing that he wished to appeal both his conviction and sentence, his attorney failed to file an appeal; Adejumo states that he was unaware that his counsel had not filed an appeal.  Id. ¶¶ 3–4.

Judgment entered in this case on August 22, 2018.  See Judgment (Doc. No. 80).  The 14-day period for Adejumo to file a notice of appeal expired on September 5, 2018.  See Fed. R. App. P. 4(b)(1).  However, this court may, upon a finding of excusable neglect or good cause, extend the time to file a notice of appeal up to 30 days from the expiration of the initial, 14-day period in which a defendant may file a notice of appeal.  See Fed. R. App. P. 4(b)(4).  That 30-day period would extend the time to file a notice of appeal to October 5, 2018.

Though it is a close question, the court finds that there was good cause for Adejumo's delay in filing his Motion.  Given that Adejumo is pro se and incarcerated, it is unsurprising that he would not realize that a notice of appeal had not been filed after 14 days.  The court therefore construes Adejumo's Motion to File a Belated Appeal as both a Motion to File a Belated Appeal and a Notice of Appeal and, having found good cause for delay, the Motion to File a Belated Appeal is **GRANTED**, nunc pro tunc.

The Clerk is ordered to restyle the Motion to File a Belated Appeal (Doc. No. 75) as both a Motion and a Notice of Appeal and docket it nunc pro tunc, as of October 5, 2018.

**SO ORDERED**

Dated at New Haven, Connecticut this 7th day of November, 2018.

                                                  <u>Janet C. Hall</u>            
                                                  Janet C. Hall  
                                                  United States District Judge