APPEAL,CLOSED,EFILE

# U.S. District Court
## District of Connecticut (New Haven)
## CRIMINAL DOCKET FOR CASE #: 3:18-cr-00082-JCH All Defendants

Case title: USA v. Adejumo
Magistrate judge case number: 3:17-mj-01716-SALM

Date Filed: 04/20/2018
Date Terminated: 08/22/2018

Assigned to: Judge Janet C. Hall

### Defendant (1)

**Olumuyiwa Yahtrip Adejumo**
*TERMINATED: 08/22/2018*
also known as
Ade
*TERMINATED: 08/22/2018*
also known as
Slimwaco
*TERMINATED: 08/22/2018*
also known as
Waco
*TERMINATED: 08/22/2018*
also known as
Waco Jamon
*TERMINATED: 08/22/2018*
also known as
Hade
*TERMINATED: 08/22/2018*
also known as
Hadey
*TERMINATED: 08/22/2018*

represented by **Robert J. Sullivan , Jr.**
Law Offices of Robert Sullivan
190 Main Street
Westport, CT 06880
203-227-1404
Fax: 203-226-6403
Email: rsullivan@sullivanfirm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

ATTEMPT AND CONSPIRACY TO
COMMIT MAIL FRAUD (Conspiracy)
(1)

### Disposition

The defendant is sentenced to 15 months imprisonment with credit for time served from 11/15/2017; 3 years supervised release, if not deported, with standard, mandatory and special conditions imposed; $100 special assessment; $90,930 Restitution joint and several with related defendants Adeyemi Odufuye and Stanley Nwoke in case 16cr232.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1349.F (Conspiracy to Commit Wire Fraud), 18:1343.F (Wire Fraud) | |

**Plaintiff**

**USA** represented by **David Tien-Wei Huang**
 U.S. Attorney's Office-New Haven
 District of Connecticut
 157 Church Street
 25th Floor
 New Haven, CT 06510
 203-821-3700
 Email: david.huang@usdoj.gov
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*
 *Designation: Retained*

 **Michael J. Gustafson**
 U.S. Attorney's Office-NH
 157 Church St., 25th Floor
 New Haven, CT 06510
 203-821-3700
 Fax: 203-773-5376
 Email: mike.gustafson@usdoj.gov
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*
 *Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/09/2017 | 1 | SEALED COMPLAINT as to Olumuyiwa Yahtrip Adejumo (1). (Attachments: # 1 Affidavit) (Caffrey, A.) [3:17-mj-01716-SALM] (Entered: 11/09/2017) |
| 11/09/2017 | 3 | |

|  |  | MOTION to Seal Case by USA as to Olumuyiwa Yahtrip Adejumo. (Caffrey, A.) [3:17-mj-01716-SALM] (Entered: 11/09/2017) |
|---|---|---|
| 11/09/2017 | 4 | ORDER granting 3 Motion to Seal Case as to Olumuyiwa Yahtrip Adejumo (1). Signed by Judge Sarah A. L. Merriam on 11/9/2017. (Caffrey, A.) [3:17-mj-01716-SALM] (Entered: 11/09/2017) |
| 11/16/2017 |  | Arrest of Olumuyiwa Yahtrip Adejumo in Northern District of Ohio. (Campbell, A) [3:17-mj-01716-SALM] (Entered: 11/27/2017) |
| 11/16/2017 | 11 | SEALED CJA 23 Financial Affidavit by Olumuyiwa Yahtrip Adejumo (Campbell, A) [3:17-mj-01716-SALM] (Entered: 11/27/2017) |
| 11/17/2017 | 5 | MOTION to Unseal Case by USA as to Olumuyiwa Yahtrip Adejumo. (Caffrey, A.) [3:17-mj-01716-SALM] (Entered: 11/17/2017) |
| 11/17/2017 | 6 | ORDER granting 5 Motion to Unseal Case as to Olumuyiwa Yahtrip Adejumo (1). The Court finds that unsealing of the affidavit in support of the criminal complaint, which describes the investigation in detail, and identifies a number of third parties, would substantially impair the ongoing investigation in this matter and, accordingly, the affidavit shall remain under seal until **December 9, 2017**. If the government seeks to maintain all or portions of the affidavit under seal beyond that date, it must make a particularized showing of the need for sealing and ensure that any request for sealing is narrowly tailored.<br>Signed by Judge Sarah A. L. Merriam on 11/17/2017. (Caffrey, A.) [3:17-mj-01716-SALM] (Entered: 11/17/2017) |
| 11/17/2017 |  | CASE UNSEALED as to Olumuyiwa Yahtrip Adejumo (Caffrey, A.) [3:17-mj-01716-SALM] (Entered: 11/17/2017) |
| 11/17/2017 | 7 | ELECTRONIC FILING ORDER as to Olumuyiwa Yahtrip Adejumo - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Sarah A. L. Merriam on 11/17/2017. (Caffrey, A.) [3:17-mj-01716-SALM] (Entered: 11/17/2017) |
| 11/20/2017 | 10 | Rule 5 Documents Received as to Olumuyiwa Yahtrip Adejumo (Campbell, A) [3:17-mj-01716-SALM] (Entered: 11/27/2017) |
| 11/22/2017 | 8 | Consent MOTION to Continue *Probable Cause Hearing* by Olumuyiwa Yahtrip Adejumo. (Sullivan, Robert) [3:17-mj-01716-SALM] (Entered: 11/22/2017) |
| 11/22/2017 | 9 | WAIVER of Preliminary Examination or Hearing by Olumuyiwa Yahtrip Adejumo (Sullivan, Robert) [3:17-mj-01716-SALM] (Entered: 11/22/2017) |
| 11/29/2017 | 12 | ORDER granting 8 Motion to Continue as to Olumuyiwa Yahtrip Adejumo (1): The defendant's Consent Motion to Continue Probable Cause Hearing is hereby GRANTED. The motion seeks a continuance of the deadlines set forth in both 18 U.S.C. §3161(b), requiring that an indictment or information be filed within 30 days of a defendant's arrest, and Rule 5.1(c) of the Federal Rules of Criminal Procedure, requiring that a preliminary hearing be held within 14 days of the initial appearance of a defendant who is detained. |

| | | |
|---|---|---|
| | | Counsel for the defendant represents that the parties require additional time to determine how to proceed with this matter. The defendant has filed a written waiver of his right to a hearing through and including January 4, 2017. The Court concludes that a continuance of these deadlines is in the best interest of the defendant; that he knows his rights under the relevant rules and statutes; that the interest of the public in a speedy trial is outweighed by the parties' interest in a continuance in this matter; and that a continuance of both deadlines is in the interest of justice. The preliminary hearing is hereby continued to **January 4, 2018 at 10:30AM**, and the time from November 29, 2017, through and including January 4, 2018, is hereby excluded from the calculation of the deadlines set forth in 18 U.S.C. §3161(b) and Rule 5.1(c) of the Federal Rules of Criminal Procedure. SO ORDERED. Signed by Judge Sarah A. L. Merriam on 11/29/2017. (Caffrey, A.) [3:17-mj-01716-SALM] (Entered: 11/29/2017) |
| 11/29/2017 | 13 | NOTICE OF E-FILED CALENDAR as to Olumuyiwa Yahtrip Adejumo: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Probable Cause Hearing set for 1/4/2018 10:30 AM in Courtroom Five, 141 Church Street, New Haven, CT before Judge Sarah A. L. Merriam (Caffrey, A.) [3:17-mj-01716-SALM] (Entered: 11/29/2017) |
| 11/29/2017 | 14 | ORDER as to Olumuyiwa Yahtrip Adejumo: If the parties wish to postpone the preliminary hearing scheduled for January 4, 2018, and no Indictment has been returned, a motion to continue together with an appropriate waiver signed by the defendant must be filed with the Court no fewer than **three business days** prior to the scheduled hearing date. The defendant's waiver must reflect a specific knowing and voluntary waiver of the deadlines set forth in **both** Fed. R. Crim. P. 5.1(c) and 18 U.S.C. 3161(b). If no waiver is filed, the party seeking the continuance must set forth in detail the basis for the requested continuance under Fed. R. Crim. P. 5.1(d) and 18 U.S.C. 3161 (h).<br>Signed by Judge Sarah A. L. Merriam on 11/29/2017. (Caffrey, A.) [3:17-mj-01716-SALM] (Entered: 11/29/2017) |
| 11/30/2017 | 15 | NOTICE OF E-FILED CALENDAR as to Olumuyiwa Yahtrip Adejumo: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Initial Appearance set for 12/8/2017 10:00 AM in Courtroom Five, 141 Church Street, New Haven, CT before Judge Sarah A. L. Merriam (Caffrey, A.) [3:17-mj-01716-SALM] (Entered: 11/30/2017) |
| 12/04/2017 | 16 | MOTION for Leave to File *Redacted Affidavit re Arrest Warrant and Complaint* by USA as to Olumuyiwa Yahtrip Adejumo. (Attachments: # 1 Exhibit Redacted Affidavit)(Huang, David) [3:17-mj-01716-SALM] (Entered: 12/04/2017) |
| 12/04/2017 | 17 | ORDER granting 16 Motion for Leave to File as to Olumuyiwa Yahtrip Adejumo (1): The Court finds that the redactions made are narrowly tailored |

| | | |
|---|---|---|
| | | to achieve the purposes of sealing, and that this limited sealing is proper for the reasons set forth in the government's motion. See Doc. # 16 . Accordingly, the unredacted Affidavit (Doc. # 1 -1) shall remain under seal. The Government shall file the redacted affidavit on the public docket as a separate entry, with the judge's signature redacted. It is so ordered. Signed by Judge Sarah A. L. Merriam on 12/4/2017. (Caffrey, A.) [3:17-mj-01716-SALM] (Entered: 12/04/2017) |
| 12/07/2017 | 18 | AFFIDAVIT by USA as to Olumuyiwa Yahtrip Adejumo (Huang, David) [3:17-mj-01716-SALM] (Entered: 12/07/2017) |
| 12/20/2017 | 19 | Minute Entry for proceedings held before Judge Joan G. Margolis:Initial Appearance as to Olumuyiwa Yahtrip Adejumo held on 12/20/2017, Bond Hearing as to Olumuyiwa Yahtrip Adejumo held on 12/20/2017, ( Bond Hearing set for 12/28/2017 11:00 AM in Courtroom Five, 141 Church Street, New Haven, CT before Judge Sarah A. L. Merriam) Total time: 20 minutes (Court Reporter FTR.)(Campbell, A) [3:17-mj-01716-SALM] (Entered: 12/21/2017) |
| 12/20/2017 | 20 | NOTICE OF E-FILED CALENDAR as to Olumuyiwa Yahtrip Adejumo: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. A Bond Hearing is set for 12/28/2017 at 11:00 AM in Courtroom Five, 141 Church Street, New Haven, CT before Judge Sarah A. L. Merriam (Campbell, A) [3:17-mj-01716-SALM] (Entered: 12/21/2017) |
| 12/27/2017 | 21 | MOTION for Pretrial Detention by USA as to Olumuyiwa Yahtrip Adejumo. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Huang, David) [3:17-mj-01716-SALM] (Entered: 12/27/2017) |
| 12/28/2017 | 22 | MOTION to Continue Probable Cause Hearing by Olumuyiwa Yahtrip Adejumo. (Caffrey, A.) [3:17-mj-01716-SALM] (Entered: 12/28/2017) |
| 12/28/2017 | 23 | WAIVER of Speedy Trial by Olumuyiwa Yahtrip Adejumo (Caffrey, A.) [3:17-mj-01716-SALM] (Entered: 12/28/2017) |
| 12/28/2017 | 24 | Minute Entry for proceedings held before Judge Sarah A. L. Merriam: granting 21 Motion for Pretrial Detention as to Olumuyiwa Yahtrip Adejumo (1); granting 22 Oral Motion to Continue as to Olumuyiwa Yahtrip Adejumo (1); Detention Hearing as to Olumuyiwa Yahtrip Adejumo held on 12/28/2017; Motion Hearing as to Olumuyiwa Yahtrip Adejumo held on 12/28/2017 re 22 Oral MOTION to Continue filed by Olumuyiwa Yahtrip Adejumo, 21 MOTION for Pretrial Detention filed by USA. Defendant detained. 52 minutes(Court Reporter FTR - CR5.) (Caffrey, A.) [3:17-mj-01716-SALM] (Entered: 12/28/2017) |
| 12/28/2017 | 25 | ORDER OF DETENTION as to Olumuyiwa Yahtrip Adejumo. Signed by Judge Sarah A. L. Merriam on 12/28/2017. (Caffrey, A.) [3:17-mj-01716-SALM] (Entered: 12/28/2017) |
| 12/28/2017 | 26 | NOTICE OF E-FILED CALENDAR as to Olumuyiwa Yahtrip Adejumo: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL |

|  |  |  |
|---|---|---|
|  |  | RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Probable Cause Hearing set for 2/15/2018 10:30 AM in Courtroom Five, 141 Church Street, New Haven, CT before Judge Sarah A. L. Merriam (Caffrey, A.) [3:17-mj-01716-SALM] (Entered: 12/28/2017) |
| 12/28/2017 | 27 | ORDER as to Olumuyiwa Yahtrip Adejumo: If the parties wish to postpone the preliminary hearing scheduled for February 15, 2018, and no Indictment has been returned, a motion to continue together with an appropriate waiver signed by the defendant must be filed with the Court no fewer than **three business days** prior to the scheduled hearing date. The defendant's waiver must reflect a specific knowing and voluntary waiver of the deadlines set forth in **both** Fed. R. Crim. P. 5.1(c) and 18 U.S.C. 3161(b). If no waiver is filed, the party seeking the continuance must set forth in detail the basis for the requested continuance under Fed. R. Crim. P. 5.1(d) and 18 U.S.C. 3161(h).<br>Signed by Judge Sarah A. L. Merriam on 12/28/2017. (Caffrey, A.) [3:17-mj-01716-SALM] (Entered: 12/28/2017) |
| 12/28/2017 | 28 | ORDER as to Olumuyiwa Yahtrip Adejumo: At the conclusion of the detention hearing conducted on December 28, 2017, the defendant made an oral motion to continue the Preliminary Hearing currently scheduled for January 4, 2018. Counsel for the defendant represented that the parties require additional time to discuss possible resolutions of this matter. The defendant has filed a written waiver of his right to a hearing through and including February 15, 2018. The waiver seeks a continuance of the deadlines set forth in both 18 U.S.C. §3161(b), requiring that an indictment or information be filed within 30 days of a defendant's arrest, and Rule 5.1(c) of the Federal Rules of Criminal Procedure, requiring that a preliminary hearing be held within 14 days of the initial appearance of a defendant who is detained. The Court concludes that a continuance of these deadlines is in the best interest of the defendant; that he knows his rights under the relevant rules and statutes; that the interest of the public in a speedy trial is outweighed by the parties' interest in a continuance in this matter; and that a continuance of both deadlines is in the interest of justice. The preliminary hearing previously scheduled in this matter for January 4, 2018, is hereby continued to February 15, 2018, at 10:30 a.m., and the time from December 28, 2017, through and including January 15, 2018, is hereby excluded from the calculation of the deadlines set forth in 18 U.S.C. §3161(b) and Rule 5.1(c) of the Federal Rules of Criminal Procedure. SO ORDERED.<br>Signed by Judge Sarah A. L. Merriam on 12/28/2017. (Caffrey, A.) [3:17-mj-01716-SALM] (Entered: 12/29/2017) |
| 01/03/2018 | 29 | SEALED CJA 23 Financial Affidavit by Olumuyiwa Yahtrip Adejumo (Sullivan, Robert) [3:17-mj-01716-SALM] (Entered: 01/03/2018) |
| 02/12/2018 | 30 | Third MOTION to Continue *Probable Cause Hearing* by Olumuyiwa Yahtrip Adejumo. (Sullivan, Robert) [3:17-mj-01716-SALM] (Entered: 02/12/2018) |
| 02/12/2018 | 31 | WAIVER of Preliminary Examination or Hearing by Olumuyiwa Yahtrip Adejumo (Sullivan, Robert) [3:17-mj-01716-SALM] (Entered: 02/12/2018) |

| | | |
|---|---|---|
| 02/12/2018 | 32 | ORDER granting 30 Motion to Continue as to Olumuyiwa Yahtrip Adejumo (1): The defendant's Motion to Continue Preliminary Hearing is hereby GRANTED. The motion seeks a continuance of the deadlines set forth in both 18 U.S.C. §3161(b), requiring that an indictment or information be filed within 30 days of a defendant's arrest, and Rule 5.1(c) of the Federal Rules of Criminal Procedure, requiring that a preliminary hearing be held within 14 days of the initial appearance of a defendant who is detained. Counsel for the defendant represents that the parties require additional time to determine how to proceed with this matter. The defendant has filed a written waiver of his right to a hearing through and including April 16, 2018. The Court concludes that a continuance of these deadlines is in the best interest of the defendant; that he knows his rights under the relevant rules and statutes; that the interest of the public in a speedy trial is outweighed by the parties' interest in a continuance in this matter; and that a continuance of both deadlines is in the interest of justice. The preliminary hearing previously scheduled in this matter for February 15, 2018, is hereby continued to **April 6, 2018 at 9:30AM**, and the time from February 12, 2018, through and including April 6, 2018, is hereby excluded from the calculation of the deadlines set forth in 18 U.S.C. §3161(b) and Rule 5.1(c) of the Federal Rules of Criminal Procedure. SO ORDERED. Signed by Judge Sarah A. L. Merriam on 2/12/2018. (Caffrey, A.) [3:17-mj-01716-SALM] (Entered: 02/12/2018) |
| 02/12/2018 | 33 | NOTICE OF E-FILED CALENDAR as to Olumuyiwa Yahtrip Adejumo: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Probable Cause Hearing set for 4/6/2018 at 09:30 AM in Courtroom Five, 141 Church Street, New Haven, CT before Judge Sarah A. L. Merriam (Caffrey, A.) [3:17-mj-01716-SALM] (Entered: 02/12/2018) |
| 02/12/2018 | 34 | ORDER as to Olumuyiwa Yahtrip Adejumo: If the parties wish to postpone the preliminary hearing scheduled for April 6, 2018, and no Indictment has been returned, a motion to continue together with an appropriate waiver signed by the defendant must be filed with the Court no fewer than **three business days** prior to the scheduled hearing date. The defendant's waiver must reflect a specific knowing and voluntary waiver of the deadlines set forth in **both** Fed. R. Crim. P. 5.1(c) and 18 U.S.C. 3161(b). If no waiver is filed, the party seeking the continuance must set forth in detail the basis for the requested continuance under Fed. R. Crim. P. 5.1(d) and 18 U.S.C. 3161(h).<br>Signed by Judge Sarah A. L. Merriam on 2/12/2018. (Caffrey, A.) [3:17-mj-01716-SALM] (Entered: 02/12/2018) |
| 03/29/2018 | 35 | Minute Entry for proceedings held before Judge Janet C. Hall:Status Conference as to Olumuyiwa Yahtrip Adejumo held on 3/29/2018. Defendant waives his right to preliminary hearing through 4/27/2018. The time from March 29, 2018, through and including April 27, 2018, is hereby excluded from the calculation of the deadlines set forth in 18 U.S.C. §3161(b) and Rule 5.1(c) of the Federal Rules of Criminal Procedure. 15 minutes(Court Reporter Terri Fidanza.)(Lewis, D) (Additional attachment(s) added on 3/29/2018: # 1 |

| | | |
|---|---|---|
| | | Corrected PDF) (Lewis, D). Modified on 3/29/2018 (Lewis, D). [3:17-mj-01716-SALM] (Entered: 03/29/2018) |
| 03/29/2018 | 36 | NOTICE OF E-FILED CALENDAR as to Olumuyiwa Yahtrip Adejumo: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Probable Cause Hearing set for 4/27/2018 at 09:30 AM in Courtroom Five, 141 Church Street, New Haven, CT before Judge Sarah A. L. Merriam (Caffrey, A.) [3:17-mj-01716-SALM] (Entered: 03/29/2018) |
| 04/11/2018 | 37 | NOTICE OF E-FILED CALENDAR as to Olumuyiwa Yahtrip Adejumo: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Change of Plea Hearing set for 4/20/2018 at 12:30 PM in Courtroom Five, 141 Church Street, New Haven, CT before Judge Sarah A. L. Merriam (Caffrey, A.) [3:17-mj-01716-SALM] (Entered: 04/11/2018) |
| 04/20/2018 | 38 | INFORMATION as to Olumuyiwa Yahtrip Adejumo (1) count(s) 1. (Caffrey, A.) (Entered: 04/30/2018) |
| 04/20/2018 | 39 | WAIVER OF INDICTMENT by Olumuyiwa Yahtrip Adejumo (Caffrey, A.) (Entered: 04/30/2018) |
| 04/20/2018 | 40 | Consent Form as to Olumuyiwa Yahtrip Adejumo to enter guilty plea before SALM (Caffrey, A.) (Entered: 04/30/2018) |
| 04/20/2018 | 41 | Oral MOTION to Seal attachment to Plea Agreement by USA as to Olumuyiwa Yahtrip Adejumo. (Caffrey, A.) (Entered: 04/30/2018) |
| 04/20/2018 | 42 | Minute Entry for proceedings held before Judge Sarah A. L. Merriam: granting 41 Oral Motion to Seal as to Olumuyiwa Yahtrip Adejumo (1); Waiver/Plea Hearing as to Olumuyiwa Yahtrip Adejumo held on 4/20/2018; Motion Hearing as to Olumuyiwa Yahtrip Adejumo held on 4/20/2018 re 41 Oral MOTION to Seal Attachment to Plea Agreement filed by USA ; Plea entered by Olumuyiwa Yahtrip Adejumo (1) Guilty Count 1. by Olumuyiwa Yahtrip Adejumo ; ( Sentencing set for 7/26/2018 11:00 AM in Courtroom One, 141 Church St., New Haven, CT before Judge Janet C. Hall). 52 minutes (Court Reporter FTR - CR5.) (Caffrey, A.) (Entered: 04/30/2018) |
| 04/20/2018 | 43 | PLEA AGREEMENT as to Olumuyiwa Yahtrip Adejumo (Attachments: # 1 Attachment)(Caffrey, A.) (Entered: 04/30/2018) |
| 04/20/2018 | 44 | ORDER OF REFERRAL TO PROBATION FOR PRESENTENCE INVESTIGATION AND REPORT as to Olumuyiwa Yahtrip Adejumo. First Disclosure-PSI due 6/14/2018 Objections Due 6/28/2018 2nd-Disclosure PSI due 7/8/2018 Sentencing Memorandum due 7/12/2018 Response due 7/22/2018 Sentencing set for 7/26/2018 at 11:00 AM in Courtroom One, 141 Church St., New Haven, CT before Judge Janet C. Hall<br>Signed by Judge Sarah A. L. Merriam on 4/20/2018. (Caffrey, A.) (Entered: 04/30/2018) |
| | | |

| | | |
|---|---|---|
| 04/20/2018 | 45 | FINDINGS AND RECOMMENDATIONS as to Olumuyiwa Yahtrip Adejumo<br>Signed by Judge Sarah A. L. Merriam on 4/20/2018. (Caffrey, A.) (Entered: 04/30/2018) |
| 04/20/2018 | 46 | ELECTRONIC FILING ORDER as to Olumuyiwa Yahtrip Adejumo - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Sarah A. L. Merriam on 4/20/2018. (Caffrey, A.) (Entered: 04/30/2018) |
| 05/01/2018 | 47 | ORDER Affirming, Adopting and Ratifying 45 Findings and Recommendations as to Olumuyiwa Yahtrip Adejumo<br>SO ORDERED by Judge Janet C. Hall on 5/1/2018. (Lewis, D) (Entered: 05/01/2018) |
| 06/07/2018 | 48 | MOTION to Continue *Sentencing and Enlarge Scheduling Order* by Olumuyiwa Yahtrip Adejumo. (Sullivan, Robert) (Entered: 06/07/2018) |
| 06/13/2018 | 49 | ORDER granting 48 Motion to Continue as to Olumuyiwa Yahtrip Adejumo (1). SO ORDERED by Judge Janet C. Hall on 6/13/2018. (Lewis, D) (Entered: 06/13/2018) |
| 06/13/2018 | 50 | NOTICE OF E-FILED CALENDAR as to Olumuyiwa Yahtrip Adejumo: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 7/26/2018* Sentencing has been changed to 8/17/2018 11:00 AM in Courtroom One, 141 Church St., New Haven, CT before Judge Janet C. Hall. The Probation Office is directed to prepare a Presentence Investigation Report consistent with the new sentencing date. Defendants Sentencing memorandum shall be filed no later than fourteen (14) days prior to the sentencing date, and governments response shall be filed no later than seven (7) days prior to the sentencing date. (Lewis, D) (Entered: 06/13/2018) |
| 07/02/2018 | 51 | PRESENTENCE INVESTIGATION REPORT (Draft Report) *(SEALED - government and defense counsel)* as to Olumuyiwa Yahtrip Adejumo. (available to USA, Olumuyiwa Yahtrip Adejumo) (Attachments: # 1 Information, # 2 Plea Agreement, # 3 Financial Statement)(Chester, M.) (Entered: 07/02/2018) |
| 07/27/2018 | 52 | PRESENTENCE INVESTIGATION REPORT (Final Report) *(SEALED - government and defense counsel)* as to Olumuyiwa Yahtrip Adejumo. (available to USA, Olumuyiwa Yahtrip Adejumo) (Attachments: # 1 Addendum, # 2 Government's Response, # 3 Financial Statement, # 4 Information, # 5 Plea Agreement)(Chester, M.) (Entered: 07/27/2018) |
| 07/27/2018 | 53 | Sealed Sentencing Recommendation: as to Olumuyiwa Yahtrip Adejumo (Chester, M.) (Entered: 07/27/2018) |
| 08/02/2018 | 54 | MOTION for Extension of Time to File Sentencing Memorandum until August 8, 2018 by Olumuyiwa Yahtrip Adejumo. (Sullivan, Robert) (Entered: 08/02/2018) |

| Date | # | Description |
|---|---|---|
| 08/06/2018 | 55 | ORDER granting 54 Motion for Extension of Time as to Olumuyiwa Yahtrip Adejumo (1). SO ORDERED by Judge Janet C. Hall on 8/6/2018. (Lewis, D) (Entered: 08/06/2018) |
| 08/08/2018 | 56 | SENTENCING MEMORANDUM by Olumuyiwa Yahtrip Adejumo (Sullivan, Robert) (Entered: 08/08/2018) |
| 08/09/2018 | 57 | PRESENTENCE INVESTIGATION REPORT (Supplement) *(SEALED - government and defense counsel)* as to Olumuyiwa Yahtrip Adejumo. (available to USA, Olumuyiwa Yahtrip Adejumo) (Attachments: # 1 Defendant's Objections)(Chester, M.) (Entered: 08/09/2018) |
| 08/10/2018 | 58 | MOTION to Seal Unredacted Exhibit 1 to Government's Sentencing Memorandum by USA as to Olumuyiwa Yahtrip Adejumo. (Huang, David) (Entered: 08/10/2018) |
| 08/10/2018 | 59 | SENTENCING MEMORANDUM by USA as to Olumuyiwa Yahtrip Adejumo (Attachments: # 1 Exhibit 1)(Huang, David) (Entered: 08/10/2018) |
| 08/10/2018 | 60 | Sealed Document: Unredacted Exhibit 1 to Government's Sentencing Memorandum by USA as to Olumuyiwa Yahtrip Adejumo re 59 Sentencing Memorandum, 58 MOTION to Seal Unredacted Exhibit 1 to Government's Sentencing Memorandum - (Huang, David) (Entered: 08/10/2018) |
| 08/15/2018 | 61 | PRESENTENCE INVESTIGATION REPORT (2nd Supplement) *(SEALED - government and defense counsel)* as to Olumuyiwa Yahtrip Adejumo. (available to USA, Olumuyiwa Yahtrip Adejumo) (Chester, M.) (Entered: 08/15/2018) |
| 08/15/2018 | 62 | ORDER granting 58 Motion to Seal as to Olumuyiwa Yahtrip Adejumo (1). SO ORDERED by Judge Janet C. Hall on 8/15/2018. (Lewis, D) (Entered: 08/15/2018) |
| 08/16/2018 | 63 | MOTION to Seal Victim Impact Statements by USA as to Olumuyiwa Yahtrip Adejumo. (Huang, David) (Entered: 08/16/2018) |
| 08/16/2018 | 64 | Sealed Document: Victim Impact Statements by USA as to Olumuyiwa Yahtrip Adejumo re 63 MOTION to Seal Victim Impact Statements - (Huang, David) (Entered: 08/16/2018) |
| 08/16/2018 | 65 | NOTICE *Letters of Recommendation in Aid of Sentencing* by Olumuyiwa Yahtrip Adejumo re 56 Sentencing Memorandum (Sullivan, Robert) (Entered: 08/16/2018) |
| 08/17/2018 | 66 | ORAL MOTION for Acceptance of Responsibility by USA as to Olumuyiwa Yahtrip Adejumo. (Lewis, D) (Entered: 08/17/2018) |
| 08/17/2018 | 67 | MOTION for Order Re: Restitution Order by USA as to Olumuyiwa Yahtrip Adejumo. (Huang, David) (Entered: 08/17/2018) |
| 08/17/2018 | 68 | Minute Entry for proceedings held before Judge Janet C. Hall: Motion Hearing/Sentencing as to Olumuyiwa Yahtrip Adejumo held on 8/17/2018; granting as stated on the record subject to government filing redacted versions 63 Motion to Seal as to Olumuyiwa Yahtrip Adejumo (1); granting 66 Oral Motion for Acceptance of Responsibility as to Olumuyiwa Yahtrip Adejumo |

| | | |
|---|---|---|
| | | (1); granting 67 MOTION for Order Re: Restitution Order as to Olumuyiwa Yahtrip Adejumo (1). Total Time: 1 hours and 15 minutes(Court Reporter Terri Fidanza.) (Lewis, D) (Entered: 08/21/2018) |
| 08/21/2018 | 69 | NOTICE *of Filing of Redacted Victim Impact Statements* by USA as to Olumuyiwa Yahtrip Adejumo (Attachments: # 1 Exhibit Redacted Victim Impact Statements)(Huang, David) (Entered: 08/21/2018) |
| 08/22/2018 | 70 | JUDGMENT with judge's signature redacted. as to Olumuyiwa Yahtrip Adejumo (1), Count(s) 1, The defendant is sentenced to 15 months imprisonment with credit for time served from 11/15/2017; 3 years supervised release, if not deported, with standard, mandatory and special conditions imposed; $100 special assessment; $90,930 Restitution joint and several with related defendants Adeyemi Odufuye and Stanley Nwoke in case 16cr232. Restitution Order due by 11/20/2018.<br>Signed by Judge Janet C. Hall on 8/22/2018. (Lewis, D) (Entered: 08/22/2018) |
| 08/22/2018 | 71 | RESTITUTION ORDER as to Olumuyiwa Yahtrip Adejumo<br>Signed by Judge Janet C. Hall on 8/22/2018. (Lewis, D) (Entered: 08/22/2018) |
| 08/22/2018 | 72 | RESTITUTION ORDER (UNREDACTED) as to Olumuyiwa Yahtrip Adejumo.<br>Signed by Judge Janet C. Hall on 8/22/2018. (Attachments: # 1 Schedule A) (Lewis, D) (Entered: 08/22/2018) |
| 08/22/2018 | | JUDICIAL PROCEEDINGS SURVEY - FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?crsurvey<br>(Lewis, D) (Entered: 08/22/2018) |
| 08/22/2018 | 73 | Unredacted document with JUDGE'S SIGNATURE regarding Judgment,, 70 as to defendant(s)Olumuyiwa Yahtrip Adejumo. Access to the pdf document is restricted pursuant to Federal Rule of Criminal Procedure 49.1(e). (Lewis, D) (Entered: 08/22/2018) |
| 09/04/2018 | 74 | Statement of Reasons *(SEALED - government and defense counsel)* as to Olumuyiwa Yahtrip Adejumo. (available to USA, Olumuyiwa Yahtrip Adejumo) (Montesi, J) (Entered: 09/04/2018) |
| 10/05/2018 | 78 | NOTICE OF APPEAL filed nunc pro tunc by Olumuyiwa Yahtrip Adejumo re 70 Judgment (Pesta, J.) (Entered: 11/07/2018) |
| 10/19/2018 | 75 | |

|  |  | MOTION for Leave to File Belated Notice of Appeal by Olumuyiwa Yahtrip Adejumo. (Lewis, D) (Entered: 10/19/2018) |
|---|---|---|
| 11/06/2018 | 76 | USM Return of Service: Judgment executed as to Olumuyiwa Yahtrip Adejumo on 9/21/2018 (Anastasio, F.) (Entered: 11/06/2018) |
| 11/07/2018 | 77 | ORDER granting 75 Motion for Leave to Appeal as to Olumuyiwa Yahtrip Adejumo (1). The Clerk is ordered to restyle the Motion to File a Belated Appeal (Doc. No. 75) as both a Motion and a Notice of Appeal and docket it nunc pro tunc, as of October 5, 2018, Signed by Judge Janet C. Hall on 11/7/18. (Pesta, J.) (Entered: 11/07/2018) |